AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

RECEIVED
FEB 1 0 2020
U.S.C.A. 3rd CIR

Anthony Spruill  )
_____  )
Plaintiff/Petitioner  )
v.  )  Civil Action No. 1:19-CV-1845
Warden, FPCC  )
_____  )
Defendant/Respondent  )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Canaan Federal Prison__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
(specify pay period) __09-06-17 - 11-07-19   awaiting update__

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

   (a) Business, profession, or other self-employment    ☐ Yes    ☑ No
   (b) Rent payments, interest, or dividends             ☐ Yes    ☑ No
   (c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No
   (d) Disability, or worker's compensation payments     ☐ Yes    ☑ No
   (e) Gifts, or inheritances                            ☐ Yes    ☑ No
   (f) Any other sources                                 ☐ Yes    ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

0

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

0

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

0

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 02-04-20

Anthony Spruill
*Applicant's signature*

Anthony Spruill
*Printed name*

# Inmate Statement



**Inmate Reg #:** 63909050  
**Inmate Name:** SPRUILL, ANTHONY  
**Report Date:** 11/07/2019  
**Report Time:** 9:11:33 AM  

**Current Institution:** Canaan USP  
**Housing Unit:** CAA-G-A  
**Living Quarters:** G01-044L  

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 11/7/2019 7:08:19 AM | 37 | | | Sales | ($2.95) | | $317.60 |
| CAA | 11/7/2019 6:58:36 AM | 32 | | | Sales | ($50.10) | | $320.55 |
| CAA | 11/6/2019 5:47:13 PM | TL1106 | | | TRUL Withdrawal | ($2.00) | | $370.65 |
| CAA | 11/6/2019 2:37:55 PM | TL1106 | | | TRUL Withdrawal | ($2.00) | | $372.65 |
| CAA | 11/6/2019 6:40:16 AM | TL1106 | | | TRUL Withdrawal | ($5.00) | | $374.65 |
| CAA | 10/28/2019 8:08:38 PM | TFN1028 | | | Phone Withdrawal | ($6.00) | | $379.65 |
| CAA | 10/26/2019 12:03:23 PM | 33319299 | | | Western Union | $100.00 | | $385.65 |
| CAA | 10/24/2019 6:27:25 AM | 12 | | | Sales | ($29.40) | | $285.65 |
| CAA | 10/23/2019 7:11:43 PM | TFN1023 | | | Phone Withdrawal | ($4.00) | | $315.05 |
| CAA | 10/21/2019 7:59:25 PM | TL1021 | | | TRUL Withdrawal | ($5.00) | | $319.05 |
| CAA | 10/18/2019 6:26:56 PM | TFN1018 | | | Phone Withdrawal | ($6.00) | | $324.05 |
| CAA | 10/16/2019 8:06:10 PM | TL1016 | | | TRUL Withdrawal | ($5.00) | | $330.05 |
| CAA | 10/11/2019 1:35:22 PM | VICP1019 | | | Inmate Co-pay | ($2.00) | | $335.05 |
| CAA | 10/10/2019 7:57:29 AM | 31 | | | Sales | ($44.75) | | $337.05 |
| CAA | 10/8/2019 8:18:37 PM | TL1008 | | | TRUL Withdrawal | ($2.00) | | $381.80 |
| CAA | 10/4/2019 2:13:23 PM | VIPP0919 | | | Payroll - IPP | $25.00 | | $383.80 |
| CAA | 10/4/2019 2:13:20 PM | VIPP0919 | | | Payroll - IPP | $18.00 | | $358.80 |
| CAA | 10/2/2019 1:09:27 PM | TFN1002 | | | Phone Withdrawal | ($10.00) | | $340.80 |
| CAA | 9/26/2019 8:03:58 PM | 33319269 | | | Western Union | $50.00 | | $350.80 |
| CAA | 9/25/2019 7:25:28 PM | TFN0925 | | | Phone Withdrawal | ($10.00) | | $300.80 |
| CAA | 9/25/2019 3:46:09 PM | TL0925 | | | TRUL Withdrawal | ($2.00) | | $310.80 |
| CAA | 9/20/2019 8:38:16 PM | TFN0920 | | | Phone Withdrawal | ($5.00) | | $312.80 |
| CAA | 9/20/2019 12:23:57 PM | TL0920 | | | TRUL Withdrawal | ($5.00) | | $317.80 |
| CAA | 9/19/2019 7:03:54 PM | 33319262 | | | Western Union | $100.00 | | $322.80 |
| CAA | 9/19/2019 7:07:09 AM | 33319262 | | | Western Union | $50.00 | | $222.80 |
| CAA | 9/19/2019 6:53:14 AM | 23 | | | Sales | ($30.95) | | $172.80 |
| CAA | 9/18/2019 9:05:04 AM | UICP0919 | | | Inmate Co-pay | ($2.00) | | $203.75 |
| CAA | 9/13/2019 7:19:50 PM | TFN0913 | | | Phone Withdrawal | ($10.00) | | $205.75 |
| CAA | 9/12/2019 4:51:03 PM | TL0912 | | | TRUL Withdrawal | ($5.00) | | $215.75 |
| CAA | 9/10/2019 3:17:40 PM | TL0910 | | | TRUL Withdrawal | ($2.00) | | $220.75 |
| CAA | 9/9/2019 4:35:35 PM | TL0909 | | | TRUL Withdrawal | ($2.00) | | $222.75 |
| CAA | | TFN0907 | | | Phone Withdrawal | ($10.00) | | $224.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAA | 9/7/2019 1:19:50 PM | | | | | |
| CAA | 9/6/2019 6:07:33 PM | TFN0906 | Phone Withdrawal | ($6.00) | | $234.75 |
| CAA | 9/6/2019 9:41:07 AM | UIPP0819 | Payroll - IPP | $22.00 | | $240.75 |
| CAA | 9/6/2019 9:41:03 AM | UIPP0819 | Payroll - IPP | $18.00 | | $218.75 |
| CAA | 9/5/2019 11:16:39 AM | TL0905 | TRUL Withdrawal | ($2.00) | | $200.75 |
| CAA | 9/5/2019 7:22:33 AM | 42 | Sales | ($42.60) | | $202.75 |
| CAA | 9/4/2019 5:00:03 PM | TL0904 | TRUL Withdrawal | ($2.00) | | $245.35 |
| CAA | 9/2/2019 7:53:25 PM | TFN0902 | Phone Withdrawal | ($5.00) | | $247.35 |
| CAA | 9/2/2019 8:47:55 AM | TL0902 | TRUL Withdrawal | ($2.00) | | $252.35 |
| CAA | 8/30/2019 8:50:01 PM | TFN0830 | Phone Withdrawal | ($5.00) | | $254.35 |
| CAA | 8/30/2019 1:15:46 PM | TL0830 | TRUL Withdrawal | ($5.00) | | $259.35 |
| CAA | 8/26/2019 6:53:01 AM | 29 | Sales | ($2.00) | | $264.35 |
| CAA | 8/26/2019 6:51:30 AM | 28 | Sales | ($34.45) | | $266.35 |
| CAA | 8/24/2019 8:52:47 AM | TL0824 | TRUL Withdrawal | ($5.00) | | $300.80 |
| CAA | 8/21/2019 7:31:02 PM | TFN0821 | Phone Withdrawal | ($5.00) | | $305.80 |
| CAA | 8/21/2019 6:04:12 PM | 33319233 | Western Union | $40.00 | | $310.80 |
| CAA | 8/17/2019 6:23:41 AM | TL0817 | TRUL Withdrawal | ($5.00) | | $270.80 |
| CAA | 8/16/2019 7:38:38 PM | TFN0816 | Phone Withdrawal | ($6.00) | | $275.80 |
| CAA | 8/15/2019 5:04:08 PM | TL0815 | TRUL Withdrawal | ($5.00) | | $281.80 |

1 2 3 4

**Total Transactions: 158**

Totals: $86.55 $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $317.60 |
| Totals: | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $317.60 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $859.20 | $850.50 | $276.83 | $385.65 | $348.61 | N/A | N/A |

_____, Case Manager,
Authorized by the Act of July 7, 1955,
as amended, to administer oaths
(18 USC 4004)
USP Canaan

# Inmate Statement

 PRINT

| | | |
|---|---|---|
| **Inmate Reg #:** 63909050 | **Current Institution:** | Canaan USP |
| **Inmate Name:** SPRUILL, ANTHONY | **Housing Unit:** | CAA-G-A |
| **Report Date:** 11/07/2019 | **Living Quarters:** | G01-044L |
| **Report Time:** 9:11:48 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 8/15/2019 2:04:05 PM | 33319227 | | | Western Union | $100.00 | | $286.80 |
| CAA | 8/15/2019 6:30:10 AM | 15 | | | Sales | ($39.45) | | $186.80 |
| CAA | 8/13/2019 5:04:07 PM | 33319225 | | | Western Union | $50.00 | | $226.25 |
| CAA | 8/7/2019 7:14:01 PM | TFN0807 | | | Phone Withdrawal | ($5.00) | | $176.25 |
| CAA | 8/6/2019 9:40:40 AM | TL0806 | | | TRUL Withdrawal | ($5.00) | | $181.25 |
| CAA | 8/5/2019 5:07:13 PM | TFN0805 | | | Phone Withdrawal | ($5.00) | | $186.25 |
| CAA | 8/5/2019 8:05:26 AM | UIPP0719 | | | Payroll - IPP | $17.00 | | $191.25 |
| CAA | 8/5/2019 8:05:22 AM | UIPP0719 | | | Payroll - IPP | $18.00 | | $174.25 |
| CAA | 7/31/2019 10:44:54 AM | TL0731 | | | TRUL Withdrawal | ($5.00) | | $156.25 |
| CAA | 7/31/2019 7:01:07 AM | 20 | | | Sales | ($26.60) | | $161.25 |
| CAA | 7/28/2019 6:22:50 PM | TL0728 | | | TRUL Withdrawal | ($5.00) | | $187.85 |
| CAA | 7/25/2019 6:04:18 PM | TFN0725 | | | Phone Withdrawal | ($5.00) | | $192.85 |
| CAA | 7/24/2019 8:28:14 AM | 6 | | | Sales | ($32.60) | | $197.85 |
| CAA | 7/23/2019 7:59:23 AM | UICP0719 | | | Inmate Co-pay | ($2.00) | | $230.45 |
| CAA | 7/18/2019 12:54:02 PM | TL0718 | | | TRUL Withdrawal | ($2.00) | | $232.45 |
| CAA | 7/17/2019 7:11:43 PM | TL0717 | | | TRUL Withdrawal | ($5.00) | | $234.45 |
| CAA | 7/17/2019 5:24:13 PM | TFN0717 | | | Phone Withdrawal | ($5.00) | | $239.45 |
| CAA | 7/14/2019 4:50:50 PM | TL0714 | | | TRUL Withdrawal | ($5.00) | | $244.45 |
| CAA | 7/11/2019 7:39:27 AM | 33 | | | Sales | ($41.50) | | $249.45 |
| CAA | 7/8/2019 7:21:31 PM | TFN0708 | | | Phone Withdrawal | ($7.00) | | $290.95 |
| CAA | 7/8/2019 3:17:57 PM | TL0708 | | | TRUL Withdrawal | ($10.00) | | $297.95 |
| CAA | 7/8/2019 9:30:20 AM | UIPP0619 | | | Payroll - IPP | $10.20 | | $307.95 |
| CAA | 7/8/2019 9:30:16 AM | UIPP0619 | | | Payroll - IPP | $18.00 | | $297.75 |
| CAA | 7/6/2019 6:19:54 PM | TFN0706 | | | Phone Withdrawal | ($5.00) | | $279.75 |
| CAA | 7/5/2019 5:10:59 PM | TFN0705 | | | Phone Withdrawal | ($6.00) | | $284.75 |
| CAA | 7/4/2019 5:21:52 PM | TFN0704 | | | Phone Withdrawal | ($2.00) | | $290.75 |
| CAA | 6/29/2019 8:40:42 AM | TL0629 | | | TRUL Withdrawal | ($5.00) | | $292.75 |
| CAA | 6/27/2019 10:03:49 PM | 33319178 | | | Western Union | $100.00 | | $297.75 |
| CAA | 6/27/2019 7:20:36 AM | 19 | | | Sales | ($35.40) | | $197.75 |
| CAA | 6/25/2019 12:48:54 PM | TL0625 | | | TRUL Withdrawal | ($5.00) | | $233.15 |
| CAA | 6/20/2019 8:20:12 PM | TFN0620 | | | Phone Withdrawal | ($5.00) | | $238.15 |
| CAA | | TL0618 | | | TRUL Withdrawal | ($5.00) | | $243.15 |

| Alpha Code | Date | Reference# | | Transaction Type | Amount | Ending Balance |
|---|---|---|---|---|---|---|
| CAA | 6/18/2019 12:48:05 PM | TFN0616 | | Phone Withdrawal | ($5.00) | $248.15 |
| CAA | 6/16/2019 9:40:12 AM | 2 | | Sales | ($47.55) | $253.15 |
| CAA | 6/13/2019 6:38:41 AM | TL0611 | | TRUL Withdrawal | ($2.00) | $300.70 |
| CAA | 6/11/2019 1:16:56 PM | TL0608 | | TRUL Withdrawal | ($5.00) | $302.70 |
| CAA | 6/8/2019 2:56:35 PM | UIPP0519 | | Payroll - IPP | $18.00 | $307.70 |
| CAA | 6/6/2019 10:57:39 AM | 38 | | Sales | ($20.45) | $289.70 |
| CAA | 6/6/2019 7:45:47 AM | TL0605 | | TRUL Withdrawal | ($5.00) | $310.15 |
| CAA | 6/5/2019 1:57:18 PM | TFN0604 | | Phone Withdrawal | ($6.00) | $315.15 |
| CAA | 6/4/2019 8:19:11 PM | 33319154 | | Western Union | $40.00 | $321.15 |
| CAA | 6/3/2019 10:05:28 PM | UICP0519 | | Inmate Co-pay | ($2.00) | $281.15 |
| CAA | 5/31/2019 9:02:45 AM | TL0530 | | TRUL Withdrawal | ($5.00) | $283.15 |
| CAA | 5/30/2019 1:16:50 PM | TFN0529 | | Phone Withdrawal | ($7.00) | $288.15 |
| CAA | 5/29/2019 2:35:40 PM | 33319146 | | Western Union | $50.00 | $295.15 |
| CAA | 5/26/2019 1:03:36 PM | TFN0525 | | Phone Withdrawal | ($5.00) | $245.15 |
| CAA | 5/25/2019 9:35:40 AM | TL0524 | | TRUL Withdrawal | ($5.00) | $250.15 |
| CAA | 5/24/2019 8:33:18 PM | TL0520 | | TRUL Withdrawal | ($2.00) | $255.15 |
| CAA | 5/20/2019 3:25:55 PM | TFN0517 | | Phone Withdrawal | ($8.00) | $257.15 |
| CAA | 5/17/2019 5:47:51 PM | TL0517 | | TRUL Withdrawal | ($5.00) | $265.15 |
| CAA | 5/17/2019 2:42:22 PM | | | | | |

1 2 3 4

Total Transactions: 158

Totals: $86.55 $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $317.60 |
| Totals: | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $317.60 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

_____, Case Manager,
Authorized by the Act of July 7, 1955,
as amended, to administer oaths
(18 USC 4004)
USP Canaan

# Inmate Statement



| Inmate Reg #: | 63909050 | Current Institution: | Canaan USP |
| --- | --- | --- | --- |
| Inmate Name: | SPRUILL, ANTHONY | Housing Unit: | CAA-G-A |
| Report Date: | 11/07/2019 | Living Quarters: | G01-044L |
| Report Time: | 9:12:04 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CAA | 5/16/2019 6:52:33 AM | 13 | | | Sales | ($27.75) | | $270.15 |
| CAA | 5/13/2019 12:48:08 PM | TL0513 | | | TRUL Withdrawal | ($2.00) | | $297.90 |
| CAA | 5/12/2019 12:58:03 PM | TFN0512 | | | Phone Withdrawal | ($6.00) | | $299.90 |
| CAA | 5/10/2019 1:06:17 PM | TL0510 | | | TRUL Withdrawal | ($5.00) | | $305.90 |
| CAA | 5/9/2019 2:03:32 PM | UIPP0419 | | | Payroll - IPP | $15.00 | | $310.90 |
| CAA | 5/8/2019 7:38:29 PM | TFN0508 | | | Phone Withdrawal | ($8.00) | | $295.90 |
| CAA | 5/7/2019 7:55:41 PM | TL0507 | | | TRUL Withdrawal | ($5.00) | | $303.90 |
| CAA | 5/2/2019 6:27:26 PM | TL0502 | | | TRUL Withdrawal | ($5.00) | | $308.90 |
| CAA | 5/2/2019 5:19:49 PM | TFN0502 | | | Phone Withdrawal | ($5.00) | | $313.90 |
| CAA | 5/2/2019 7:25:53 AM | 32 | | | Sales | ($36.85) | | $318.90 |
| CAA | 4/25/2019 9:38:58 AM | TL0425 | | | TRUL Withdrawal | ($10.00) | | $355.75 |
| CAA | 4/24/2019 7:23:20 PM | TFN0424 | | | Phone Withdrawal | ($10.00) | | $365.75 |
| CAA | 4/24/2019 7:03:59 PM | 33319114 | | | Western Union | $200.00 | | $375.75 |
| CAA | 4/20/2019 4:47:11 PM | TL0420 | | | TRUL Withdrawal | ($2.00) | | $175.75 |
| CAA | 4/20/2019 11:04:13 AM | TFN0420 | | | Phone Withdrawal | ($7.00) | | $177.75 |
| CAA | 4/18/2019 6:54:16 AM | 32 | | | Sales | ($38.50) | | $184.75 |
| CAA | 4/16/2019 12:33:16 PM | UICP0419 | | | Inmate Co-pay | ($2.00) | | $223.25 |
| CAA | 4/14/2019 8:20:55 PM | TFN0414 | | | Phone Withdrawal | ($7.00) | | $225.25 |
| CAA | 4/12/2019 8:04:15 PM | 33319102 | | | Western Union | $50.00 | | $232.25 |
| CAA | 4/10/2019 9:06:56 AM | TL0410 | | | TRUL Withdrawal | ($2.00) | | $182.25 |
| CAA | 4/9/2019 10:47:04 AM | TL0409 | | | TRUL Withdrawal | ($5.00) | | $184.25 |
| CAA | 4/8/2019 9:01:18 AM | UIPP0319 | | | Payroll - IPP | $15.00 | | $189.25 |
| CAA | 4/5/2019 1:47:45 PM | TL0405 | | | TRUL Withdrawal | ($2.00) | | $174.25 |
| CAA | 4/4/2019 7:44:53 PM | TL0404 | | | TRUL Withdrawal | ($2.00) | | $176.25 |
| CAA | 4/4/2019 7:57:03 AM | 51 | | | Sales | ($4.10) | | $178.25 |
| CAA | 4/4/2019 7:56:55 AM | 50 | | | Sales | $1.95 | | $182.35 |
| CAA | 4/4/2019 7:55:25 AM | 49 | | | Sales | ($34.05) | | $180.40 |
| CAA | 4/3/2019 8:33:23 PM | TFN0403 | | | Phone Withdrawal | ($6.00) | | $214.45 |
| CAA | 3/31/2019 3:17:06 PM | TFN0331 | | | Phone Withdrawal | ($5.00) | | $220.45 |
| CAA | 3/27/2019 6:26:59 AM | TL0327 | | | TRUL Withdrawal | ($5.00) | | $225.45 |
| CAA | 3/25/2019 7:46:59 PM | TFN0325 | | | Phone Withdrawal | ($10.00) | | $230.45 |
| CAA | | 33319084 | | | Western Union | $100.00 | | $240.45 |

| | | | | | |
|---|---|---|---|---|---|
| CAA | 3/25/2019 7:04:37 PM | | | | |
| CAA | 3/23/2019 12:03:32 PM | TL0323 | TRUL Withdrawal | ($5.00) | $140.45 |
| CAA | 3/21/2019 7:05:24 AM | 43 | Sales | ($29.80) | $145.45 |
| CAA | 3/20/2019 5:20:48 PM | TL0320 | TRUL Withdrawal | ($2.00) | $175.25 |
| CAA | 3/20/2019 4:03:58 PM | 33319079 | Western Union | $30.00 | $177.25 |
| CAA | 3/16/2019 8:24:18 PM | TFN0316 | Phone Withdrawal | ($6.00) | $147.25 |
| CAA | 3/14/2019 7:29:28 PM | TL0314 | TRUL Withdrawal | ($5.00) | $153.25 |
| CAA | 3/13/2019 11:46:03 AM | UICP0319 | Inmate Co-pay | ($2.00) | $158.25 |
| CAA | 3/11/2019 2:05:02 PM | 33319070 | Western Union | $30.00 | $160.25 |
| CAA | 3/8/2019 8:03:42 PM | TL0308 | TRUL Withdrawal | ($2.00) | $130.25 |
| CAA | 3/8/2019 6:14:15 PM | TFN0308 | Phone Withdrawal | ($8.00) | $132.25 |
| CAA | 3/7/2019 7:58:43 PM | TL0307 | TRUL Withdrawal | ($5.00) | $140.25 |
| CAA | 3/7/2019 1:16:53 PM | UIPP0219 | Payroll - IPP | $14.40 | $145.25 |
| CAA | 3/7/2019 6:53:49 AM | 13 | Sales | ($19.90) | $130.85 |
| CAA | 3/6/2019 9:38:51 AM | TFN0306 | Phone Withdrawal | ($5.00) | $150.75 |
| CAA | 3/5/2019 8:17:48 AM | TL0305 | TRUL Withdrawal | ($5.00) | $155.75 |
| CAA | 2/28/2019 6:25:20 PM | TFN0228 | Phone Withdrawal | ($5.00) | $160.75 |
| CAA | 2/22/2019 5:27:26 PM | TFN0222 | Phone Withdrawal | ($9.00) | $165.75 |
| CAA | 2/22/2019 1:56:25 PM | TL0222 | TRUL Withdrawal | ($10.00) | $174.75 |

1 2 3 **4**

Total Transactions: 158

Totals: $86.55    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $317.60 |
| Totals: | $317.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $317.60 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

_____, Case Manager,
Authorized by the Act of July 7, 1955,
as amended, to administer oaths
(18 USC 4004)
USP Canaan

_____, Case Manager,
Act of July 7, 1955,
to administer oaths
USC 4004)
USP Canaan