IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY SPRUILL, | : | 1:19-cv-1845 |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| WARDEN, FPCC, | : | |
|     Respondents. | : | |

## ORDER

**February 12, 2020**

Petitioner's motion for leave to appeal *in forma pauperis* (Doc. 18) is

**GRANTED**.

                                                                                 s/ John E. Jones III
                                                                                 John E. Jones III
                                                                                 United States District Judge